IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Ohio Valley Physicians, Inc., et al., | : |
| Plaintiff(s), | : |
| | :   Case Number: 1:20cv453 |
| vs. | : |
| | :   Judge Susan J. Dlott |
| Scottsdale Insurance Company, et al., | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Karen L. Litkovitz filed on September 28, 2020 (Doc. 20), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired October 13, 2020, hereby

ADOPTS said Report and Recommendation.

Accordingly, Defendant Scottsdale Insurance Company's motion to dismiss (Doc. 6) is

DENIED as MOOT.

Plaintiff's motion to remand (Doc. 11) is DENIED.

Defendant Scottsdale Insurance Company's motion to dismiss (Doc 15) is GRANTED.

IT IS SO ORDERED.

Susan J. Dlott
Judge Susan J. Dlott
United States District Court