# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION
# AT CINCINNATI

| | | |
|---|---|---|
| OHIO VALLEY PHYSICIANS, INC. and OHIO VALLEY REAL ESTATE COMPANY, LLC | : : : : | CASE NO.: 1:20-cv-00453-SJD-KLL <u>MAGISTRATE JUDGE</u> KAREN L. LITKOVITZ |
| Plaintiffs | : | |
| | : | **AGREED ORDER OF DISMISSAL** |
| v. | : | |
| SCOTTSDALE SURPLUS LINES INSURANCE COMPANY | : | |
| Defendant. | : | |

Come now the parties hereto, by and through their respective undersigned counsel, and hereby jointly stipulate and agree the above-captioned litigation shall be and is hereby dismissed with prejudice as all matters and controversies between the parties have been amicably resolved. Each party to bear its own costs.

**SO ORDERED** this __25__ day of __May__ 2021.

_Karen L. Litkovitz_
Judge

Having seen and agreed:

| | |
|---|---|
| */s/ Matthew F.X. Craven* | */s/ Stephen Burchett* |
| Carmen C. Sarge | Stephen S. Burchett |
| Matthew F.X. Craven | Christopher F. Hoskins |
| Rolfes Henry Co., LPA | Jackson Kelly PLLC |
| 600 Vine Street, Suite 2600 | 100 West Main Street, Suite 700 |
| Cincinnati, OH 45202 | Lexington, KY 40507 |
| (513) 579-0080 – Phone | stephen.burchett@jacksonkelly.com |
| (513) 579-0222 – Fax | choskins@jacksonkelly.com |
| csarge@rolfeshenry.com | *and* |
| mcraven@rolfeshenry.com | Aaron E. McQueen |
| *Counsel for Scottsdale Surplus Lines Insurance Company* | Jackson Kelly PLLC |
| | 50 Main Street, Suite 201 |
| | Akron, OH 44308 |
| | Aaron.mcqueen@jacksonkelly.com |
| | *Counsel for Ohio Valley Physicians, Inc. and Ohio Valley Real Estate Company, LLC* |